FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 19 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**CIVIL RIGHTS COMPLAINT PURSUANT TO 28 U.S.C. § 1331**
(<u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971)).

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Donald G. Bradley #10432-074

(Enter above the full name and prisoner
identification number of the plaintiff.)

**1:19-CV-4254**

-vs-

Federal Corrections officer Thurmund
B/M Counselor Dawson, Dr Martin USP ATL Health Care Services
B/F ~~Lieutenant Tolliver~~

(Enter above the full name of the defendant(s).)

I. **Previous Lawsuits**

   A. Have you filed any other lawsuits in federal court while incarcerated in any institution?

   Yes ( )    No (✓)

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, providing the same information as requested below.)

   N/A
   1. Parties to this previous lawsuit:

      Plaintiff(s): _____

      Defendant(s): _____

   2. Court (name the federal court and the district): _____

   3. Docket Number: _____

I. **Previous Lawsuits (Cont'd)**

NA
{
4. Name of judge to whom case was assigned: _____

5. Did the previous case involve the same facts?

   Yes ( )   No ( )

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
   _____
   _____

7. Approximate date of filing lawsuit: _____

8. Approximate date of disposition: _____
}

II. **Exhaustion of Administrative Remedies**
Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

A. Place of Present Confinement:  USP, ATL.

B. Is there a prisoner grievance procedure in this institution?

   Yes (✓)   No ( )

C. Did you present the facts relating to your complaint to the Bureau of Prisons through its three-step administrative remedy procedure?

   Yes (✓)   No ( )

D. If your answer is YES:
   1. What were the results? Continually submitted complaints
      a. Informal resolution and submission of a formal written Administrative Remedy Request (BP-9): Filed - No Action taken   Even though NO Action was taken until Federal Court Granted A WAIVER

      b. Appeal to the Regional Director (BP-10): yes filed  No action taken

II. **Exhaustion of Administrative Remedies (Cont'd)**
    c. Appeal to the General Counsel (BP-11): _yet ? Granted_
       _Waiver by Federal Court_

   2. If your answer is NO, explain why not: _Federal Court Granted a Waiver after determining the Adm. Remedys I filed were NOT being processed and oU addressed appropriath_

III. **Parties**
(In item A below, place your name in the first blank and place your present address in the second blank.)

   A. Name of Plaintiff: _Donald G. Bradley_
      Address: _USP ATL P.O.Box 150-1160 Atlanta, Ga. 30315_

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank.) Do the same for each additional defendant, if any.)

   B. Defendant(s) 1) Officer Thurmund / And Dr. Martin - Healthservice _Who Withdraws_
     Fed. Corrections Officer / S.I.S. recently - Special Investigative Service _agent officer_
     Employed as
     Dr. Martin USP ATL Healthcare Services
     at _U.S.P. ATL. Atlanta, Ga. / USP ATL. Atlanta, Ga._

2) Dr. Martin Health Services USP ATL _BR Matoshavia - and Federal Sup USP, ATL_ (detention)

IV. **Statement of Claim**
State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

_I have been in the S.H.U. since 5-23-2019 and have no access to my legal work, Med. Rec, etc. an cant recall the dates and all names in - cluded in my suite. It's taken me 2 mo, just to get a ink pen._

_On or about in Jan 2017 I was being escourted from the upper Range S.H.U. to Rec. by Officer Thurmund w/ my hands cuffed behind my back. I was complaining at the time because we (inmates in S.H.U.) Almost Never recieve Recreation. Then I was shoved from behind in my Lower back and I am struggling to stay on my feet until I lose balance and land at the bottom of the stairs. At which time I am in such pain I cant move and feel paralized ANd I am told to Not even try to Move. Then they bring a stretcher (Gurnney) and transport me to the Medical dept. Since that time I have suffered periods of excruciating pain, Vertigo - Motion sickness - which caused me to fall from the Top Bunk on Numerous occassions which has Resulted in_

Rev 12/5/07

IV. **Statement of Claim (Cont'd)** (4)

Serious Injury (several teeth knocked out, cracked head several times, 4 broken ribs then 5 more broke ribs, cracked knee, broke foot, broken finger, — several inside medical incidents and 3 emergency medical trips to the outside hospital. Most if not all my injuries are documented in my medical records and my Bivens claim which I do not have access to. As At my personal property has been lost or stolen again for the 3rd time.

*[margin note: Total of 9 broken ribs]*

The reasoning for Dr. Martin on my complaint is because he refused to give me a bottom bunk pass even after I repeatedly complained I was having serious problems w/ motion sickness (vertigo) and even after I fell from top bunk several times and ~~and the reason for Tolliver and Dawson being on my complaint is even after I repeatedly filed grievances, requests for a bunk pass and even after continually falling and injuring myself, they refused to process any of my appeals and grievances which I showed/proved to the court and was granted a waiver because of this~~

*[margin note: Please excuse and exclude, and to clarify please see the attached pages to summarize & included in statement of claim]*
*[margin note: Refused to provide proper medical care]*

I understand my complaint is not about all the retaliation I have experienced and suffered for filing the lawsuite, but as a result from that all continues to be a serious danger to my health and welfare. ~~I believe the~~ My suite is about Officer Thurmond shoving me down the stairs causing me serious injury and Dr. Martin for not providing proper care by not issuing a lower bunk pass ~~and Tolliver and Dawson for not processing any of the grievances and appeals I filed and also denying a lower bunk pass and waiver any inclusion~~ there by also causing serious injury and endangering my life and welfare.

V. **Relief**

State briefly exactly what you want the Court to do for you. **Make no legal arguments. Cite no cases or statutes,**

After nearly 3 yrs since I was injured in the S.H.U. I am still experiencing pain and suffering and can never sleep more than an hour or 2 at most, and after the numerous (needless) falls from the upper bunk and injuries I suffered documented in my med records as a result from these falls (9 broken ribs etc etc) I am still experiencing difficulty breathing, neck and back, shoulder pain, that at times is so excruciating I am totally imobilized. I feel my life is ruined. I have worked hard to stay healthy while in prison hoping to one day have a decent life again when I'm released, I still try to

V. **Relief (Cont'd)**

Rev. 12/5/07

when I can —
- to pratice Personal physical therapy, but I am continually denied proper Medical care (regardless of the Pain) (in the hope of at least some rehabilatation) — unfortunatly my prospects are very poor and my future seems very Grim, so I'am seeking the Maximum Monentary Relief allowed AND I would like to see the people responsible held accountable — and this Institution that allowed it to happen — as I'am still being placed in the upper bunk at tionery and denied proper medical care — which I will require once I am finally Released. This is a needlessly un-safe and dysfunctionally dangerous place that desperatly needs Reformed A.S.A.P.
W/ Respect

Signed this ___8___ day of __September__, 20_19_.

_Donald G. Bradley_
Signature of Plaintiff

**STATE OF** _Georgia_
**COUNTY (CITY) OF** _Fulton_

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON** _9-8-2019_
(Date)

_Donald G. Bradley_
Signature of Plaintiff

Rev. 12/5/07

Court's copy

D) Briefly Summarized Statement of Claim

My Complaint is about prison guard Officer Thurmund pushing me down the stairs while handcuffed behind my back in Jan. of 2017 causing me serious injury and endangering my life and welfare.

My Complaint is also about Dr. Martin (in USP. ATL Healthcare services) refusing to provide proper health care by not issuing me a lower bunk pass after repeatedly telling him on numerous occassions (after my injury in the S.H.U. and before I began falling from the upper bunk and even afterwards. I never received a lower bunk pass until

Court copy

## Statement of Claim

2) I had fallen from the upper bunk several times. Then after I finally got the Lower bunk pass I was still placed in the upper bunk by Counsler Dawson and I fell again seriously injuring myself. (ALL Dates included in the civil action already filed with the court)

The Reason I originally included Counsler Dawson and Unit Manager Tolliver in my claim is for their continuing refusal to help me even after I fell several times and requested their help. (I am not sure if this constitutes a claim?) I now realize all the retaliation I have experienced after filing my claim is NOT a part of this given civil action and does NOT constitute a claim here.