**1:19-CV-4254**

CIVIL COVER SHEET FOR A PRISONER CASE

JUDGE __ELR__   DIVISION __Atlanta__
MAG. JUDGE __Baverman__   IFP __No__   FEE __No__
DATE FILED __9/19/19__   PREVIOUS CASES __yes__

NAME __Donald Bradley__   ID # __10432-074__
PRO SE __yes__   ATTORNEY _____
PLACE OF INCARCERATION __Atlanta USP__
CITY __Atlanta__   STATE __GA__   COUNTY __Fulton__

| JURISD | NOS | CAUSE | DESCRIPTION |
|---|---|---|---|
| 3 | 530 | ___28:2254 | Habeas action by a STATE prisoner challenging state convictions or sentence. |
| 3 | 535 | ___28:2254d | Habeas action by a STATE prisoner under a DEATH sentence. ___SEND TO DISTRICT JUDGE. |
| 3 | 530 | ___28:2241st | Habeas action by a STATE prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.) |
| 2 | 530 | ___28:2241fd | Habeas action by a FEDERAL prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.) |
| 3 | 550 | ___42:1983pr | STATE or FEDERAL prisoner civil rights action suing State officials not involving prison conditions. A/K/A BIVENS action. |
| 2 | 550 | ___28:1331pr | Prisoner civil rights action suing Federal officials **not** Involving prison conditions. A/K/A BIVENS action. |
| 3 | 555 | ___42:1983pr | STATE prisoner civil rights action involving prison conditions. |
| 2 | 555 | ___28:1331pr | Prisoner civil rights action suing Federal officials Involving prison conditions. A/K/A Bivens action. |
| 2 | 540 | ___28:1346 | Prisoner Federal Tort Claim. (Against U.S.) |
| 2 | 540 | ___28:1361pr | Action to compel U.S. officer to perform a duty MANDAMUS. |
| 4 | 540 | ___28:1332 | Any prisoner action based on diversity. |
|  | 540 |  | OTHER: _____ |

_____ DOCKET CLERK: Place cover sheet on top of docket sheet and file. FORWARD to Magistrate Judge Assigned for IFP and/or frivolity determinations.

_____ STAFF LAW CLERK:
_____Pauper's affidavit insufficient or no affidavit
_____Complaint or petition not signed or is incomplete
_____No copies
_____Other: _____

ELR
AJB
550
28:1331pr



Donald Bradley
#10432-071
ATL USP P.O. Box
150-160
Atlanta, Ga. 30315

"Legal Mail"

Office of the Clerk
United States District Court
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, Ga. 30303-3318

CLEARED
SEP 19 2019
U.S. Marshal
Atlanta GA